STATE, APPELLANT, *v.* BLOOM, RESPONDENT.

[Argued November 16, 1893. Decided December 23, 1893.]

See *syllabus* and opinion in the case of *State* v. *Northrup, ante,* page 522.

*Appeal from Sixth Judicial District, Park County.*

On motion to dismiss appeal. Granted.

*John T. Smith,* and *E. C. Day,* for the motion.

*Henri J. Haskell,* attorney general, *H. J. Miller,* and *Allan R. Joy, contra.*

DE WITT, J.—This is an appeal by the state from the order of the district court granting defendant's motion for a new

trial.   The defendant moved to dismiss the appeal on the same grounds as a similar motion was made in the case of *State* v. *Northrup, ante,* page 522.   On the authority of that case, it is ordered that the appeal herein be dismissed.

PEMBERTON, C. J., concurs.

HARWOOD, J. (*dissenting*).   I dissent on the grounds fully set forth in *State* v. *Northrup, ante,* page 522.